IN THE COURT OF APPEALS OF THE STATE OF IDAHO
Docket No. 44497

| STATE OF IDAHO, | ) | 2017 Unpublished Opinion No. 506 |
|---|---|---|
| | ) | |
| Plaintiff-Respondent, | ) | Filed: June 28, 2017 |
| | ) | |
| v. | ) | Karel A. Lehrman, Clerk |
| | ) | |
| STEVEN L. ROYER, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the First Judicial District, State of Idaho, Shoshone County. Hon. Scott L. Wayman, District Judge.

Judgment of conviction and unified sentence of eight years, with a minimum period of confinement of one year, for discharging a firearm at an inhabited dwelling, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Reed P. Anderson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

—————————————————————

Before GUTIERREZ, Judge; MELANSON, Judge;
and HUSKEY, Judge

—————————————————————

PER CURIAM

Steven L. Royer pled guilty to discharging a firearm at an inhabited dwelling, Idaho Code § 18-3317. The district court imposed a unified sentence of eight years, with a minimum period of confinement of one year. Royer appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Royer's judgment of conviction and sentence are affirmed.